Charmaine Denise JACKSON,
Plaintiff–Appellant,

v.

AMERICAN HEALTHWAYS GOVERNMENT SERVICES, INC.; American Healthway Services, Inc., Defendants–Appellees.

No. 09–2049.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 19, 2010.

Decided: Jan. 26, 2010.

Charmaine Denise Jackson, Appellant Pro Se. Peter Woodward Sheehan, Melissa Menkel Shorey, Whiteford, Taylor & Preston, LLP, Baltimore, Maryland, for Appellees.

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

371

PER CURIAM:

Charmaine Denise Jackson appeals the district court's orders granting Appellees' motion for summary judgment and denying Appellant's motions for counsel and to reopen discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jackson v. Am. Healthways Gov't Servs., Inc.*, No. 8:07–cv–03244–PJM, 2009 WL 2487113 (D.Md. Aug. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*